## JOSEPH MCLAUGHLIN *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 190 (AC 24359), is denied.

*Thomas E. Minogue,* in support of the petition.

*Aamina Ahmad,* assistant town attorney, and *Clifton A. Leonhardt,* chief counsel, in opposition.

Decided July 16, 2004